THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN
SAVINGS BANK, Appellant, against WILLIAM E. BOYLAND et al.,
Constituting the Tax Commission of the City of New York,
Respondents.

Submitted February 28, 1951; decided April 5, 1951.

*Edward F. Butler* for appellant.

*John P. McGrath, Corporation Counsel (James J. McGowan, Imre Schwarz* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.